IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BANK OF AMERICA MERRILL LYNCH TRUST 2017-BNK3, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2017-BNK3, <br><br> Plaintiff, <br><br> v. <br><br> SHREE SAI SIDDHI KING OF PRUSSIA, LLC <br><br> Defendant. | CIVIL ACTION <br><br> NO. 2:20-CV-05312-CMR |

**FOURTH STIPULATION EXTENDING TIME FOR DEFENDANT
SHREE SAI SIDDHI KING OF PRUSSIA, LLC TO RESPOND TO COMPLAINT AND
PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER**

Plaintiff Wilmington Trust, National Association, as Trustee for the Benefit of the Registered Holders of Bank of America Merrill Lynch Commercial Mortgage Trust 2017-BNK3, Commercial Mortgage Pass-Through Certificates, Series 2017-BNK3 ("Plaintiff") and defendant Shree Sai Siddhi King of Prussia, LLC ("Defendant") hereby stipulate and agree that the time for Defendant to respond to Plaintiff's Complaint and Plaintiff's Motion for Appointment of Receiver shall be extended up to and including Friday, February 12, 2021.

Dated: February 4, 2021

| | |
|---|---|
| **BALLARD SPAHR LLP** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| /s/ Raymond A. Quaglia | /s/ Robert P. Johns III |
| Raymond A. Quaglia (PA ID No. 63146) <br> Rachel H. Broder (PA ID No. 322742) <br> 1735 Market Street, 51st Floor <br> Philadelphia, PA 19103 <br> 215-665-8500 <br> quaglia@ballardspahr.com <br> broderr@ballardspahr.com <br> *Attorneys for Plaintiff* | Francis M. Correll Jr. (PA ID No. 51076) <br> Robert P. Johns III (PA ID No. 209289) <br> 1835 Market Street, Suite 1400 <br> Philadelphia, PA 19103 <br> (215) 569-2700 <br> fcorrell@klehr.com <br> rjohns@klehr.com <br> *Attorneys for Defendant* |

SO ORDERED:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, U.S.D.J.