### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BANK OF AMERICA MERRILL LYNCH COMMERCIAL MORTGAGE TRUST 2017-BNK3, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2017-BNK3,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHREE SAI SIDDHI KING OF PRUSSIA, LLC,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. 2:20-cv-05312 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Rachel Broder, Esq. of Ballard Spahr LLP as counsel for Plaintiff in the above-referenced matter.  Raymond A. Quaglia of Ballard Spahr LLP will remain as counsel to Plaintiff.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  March 1, 2021　　　　　　　　　*/s/ Rachel H. Broder*
　　　　　　　　　　　　　　　　　　　　Raymond A. Quaglia, PA ID No. 63146
　　　　　　　　　　　　　　　　　　　　Rachel H. Broder, PA ID No. 322742
　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　(215) 665-8500
　　　　　　　　　　　　　　　　　　　　quaglia@ballardspahr.com
　　　　　　　　　　　　　　　　　　　　broderr@ballardspahr.com

　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 1st day of March, 2021, the foregoing Notice of Withdrawal of Appearance was served on all counsel of record via the Court's CM/ECF system.

Dated: March 1, 2021                     */s/ Rachel H. Broder*
                                          Rachel H. Broder