IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BANK OF AMERICA MERRILL LYNCH TRUST 2017-BNK3, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2017-BNK3,<br><br>Plaintiff,<br><br>v.<br><br>SHREE SAI SIDDHI KING OF PRUSSIA, LLC<br><br>Defendant. | CIVIL ACTION<br><br>NO.  2:20-CV-05312-CMR |

## CERTIFICATE OF SERVICE

I, Robert P. Johns III, Esquire, hereby certify that on the date written below I caused true copies of Defendant Shree Sai Siddhi King of Prussia, LLC's Answer and Counterclaim to be served on the following via the Court's electronic filing system:

Raymond A. Quaglia
Rachel H. Broder
1735 Market Street, 51st Floor
Philadelphia, PA 19103
quaglia@ballardspahr.com
broderr@ballardspahr.com
*Attorneys for Plaintiff*

Date: March 23, 2021

/s/Robert P. Johns III
Robert P. Johns III

PHIL1 9326415v.4