IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 20-5312 ) |
| SHREE SAI SIDDHI KING OF PRUSSIA, | ) ) |
| Defendant. | ) ) |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter my appearance in the above-captioned matter as counsel of record for Plaintiff Wilmington Trust, National Association, LLC.

                          Respectfully,

                          /s/ *Michael R. McDonald*
                          Michael R. McDonald (PA 326873)
                          mcdonaldm@ballardspahr.com
                          BALLARD SPAHR LLP
                          1735 Market Street, 51st Floor
                          Philadelphia, PA 19103-7599
                          Telephone: 215.864.8425
                          Facsimile: 215.864.8900

                          *Attorney for Plaintiff Wilmington Trust, National Association, LLC*

Dated: March 29, 2021