IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE**<br>    Plaintiff,<br>        v.<br>**SHREE SAI SIDDHI QUAKERTOWN, LLC**<br>    Defendant. | **CIVIL ACTION NO. 20-5309** |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE**<br>    Plaintiff,<br>        v.<br>**SHREE SAI SIDDHI KING OF PRUSSIA, LLC**<br>    Defendant. | **CIVIL ACTION NO. 20-5312** |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE**<br>    Plaintiff,<br>        v.<br>**SHREE SAI SIDDHI WYOMISSING, LLC,**<br>    Defendant. | **CIVIL ACTION NO. 20-5318** |

## ORDER

**AND NOW,** this 6th day of April 2021, it is hereby **ORDERED** that because they involve common questions of law and fact, the above-captioned matters shall be **CONSOLIDATED**, for pretrial purposes only, under the caption for Civil Action Number 20-5309. The parties in all cases are directed to file any future pleadings, notices, or other matters of record in the 20-5309 case only until further order of this Court.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**