**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE**<br>**Plaintiff,**<br>**v.**<br>**SHREE SAI SIDDHI QUAKERTOWN, LLC**<br>**Defendant.** | **CIVIL ACTION NO. 20-5309** |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE**<br>**Plaintiff,**<br>**v.**<br>**SHREE SAI SIDDHI KING OF PRUSSIA, LLC**<br>**Defendant.** | **CIVIL ACTION NO. 20-5312** |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE**<br>**Plaintiff,**<br>**v.**<br>**SHREE SAI SIDDHI WYOMISSING, LLC,**<br>**Defendant.** | **CIVIL ACTION NO. 20-5318** |

## ORDER

    **AND NOW,** this 11th day of May 2021, upon consideration of the parties' joint report, it is hereby **ORDERED** that the Court's stay of the pending Motions to Appoint Receiver[1] shall continue at the request and agreement of the Parties. It is further **ORDERED** that by **June 10, 2021**, the parties, through counsel, shall update the Court, in writing, as to the progress of their

---

[1] Civil Action No. 20-5309, Doc. No. 5; Civil Action No. 20-5312, Doc. No. 4; Civil Action No. 20-5318, Doc. No. 4.

negotiations. This joint report should be submitted to Chambers by fax (267-299-5077) or email

(Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov) and not filed of record.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**